. No. 568, October Term, 1949. EWING, FEDERAL SECURITY ADMINISTRATOR, ET AL. *v.* MYTINGER & CASSELBERRY, INC., 339 U. S. 594. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 739, October Term, 1949. ELLIS, RECEIVER, *v.* CATES, 339 U. S. 964. Rehearing denied.

No. 844, October Term, 1949. LOEW'S, INC. *v.* UNITED STATES;
No. 845, October Term, 1949. WARNER BROS. PICTURES, INC. ET AL. *v.* UNITED STATES; and
No. 846, October Term, 1949. TWENTIETH CENTURY-FOX FILM CORP. ET AL. *v.* UNITED STATES, 339 U. S. 974. The petitions for rehearing are denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 79, Misc., October Term, 1949. CHAMBERS *v.* UNITED STATES, 338 U. S. 894. Rehearing denied.